IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01341–EWN–MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
WASTE MANAGEMENT OF COLORADO, INC.;
CHEMICAL WASTE MANAGEMENT, INC.;
ADOLPH COORS COMPANY;
CONOCO, INC.;
METRO WASTEWATER RECLAMATION DISTRICT;
ROCHE COLORADO CORPORATION,
successor to Syntex Chemicals, Inc.; and
S.W. SHATTUCK CHEMICAL CO., INC.,

    Defendants.

**ORDER**

This matter comes before the court on the "Second Joint Motion to Stay Proceedings Pending Settlement Negotiations" (Document 234) filed July 13, 2005. The motion is DENIED. The court, believing that the parties have been given ample time to conclude a resolution of the case, will not approve any arrangement which fails to conclude this case, by final consent decree, before September 30, 2005, when the case will be reported as a three-year-old case. Thus, "lodging" of the consent decree will need to be done no later than August 20, 2005, and the

parties will need to readjust interim deadlines accordingly. The court would approve such a stipulation if one were submitted.

SO ORDERED.

Dated this  15  day of July, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge