UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 02-cv-01341-EWN-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

---

## ORDER

---

The Court, having considered the Second Joint Motion to Stay Proceedings Pending

Settlement Negotiations, finds good cause to stay the instant proceedings.  Accordingly, it is

hereby ORDERED:

The litigation shall be stayed through August 20, 2005.  Until such time as this stay

expires, all deadlines shall be tolled and the parties shall be under no obligation to file papers

unless the Court orders otherwise.

This stay shall automatically expire on August 20, 2005.  If the United States does not

lodge a consent decree and the Parties do not jointly seek an additional stay by August 20, 2005,

the litigation of this matter shall proceed, and all deadlines tolled by the entry of this Order shall

begin to run again.  In this event, the deadline for the filing of dispositive motions shall be thirty

(30) days after the expiration of the stay under this Order, and the deadline for completing

dispositive motion briefing shall be ninety (90) days after the expiration or termination of the

stay under this Order.

SO ORDERED this  19  day of July, 2005.


s/Edward W. Nottingham
THE HONORABLE EDWARD W. NOTTINGHAM
United States District Judge