IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–1341-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER; *et al.*,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The Joint Motion to Amend (#253) is GRANTED. Counsel will submit by e-mail a proposed amended consent decree with all correct attachments.

Dated: November 8, 2005